UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

DANNY ADAMS                          CASE NO. 1:17-CV-00125 SEC P

VERSUS                               CHIEF JUDGE DRELL

JIMMY LEBLANC ET AL                  MAGISTRATE JUDGE PEREZ-MONTES

## MEMORANDUM ORDER

On January 23, 2017, a complaint was filed by the plaintiff.  On January 26, 2017, a memorandum order was issued by this court ordering the plaintiff within 30 days of the date of the order to pay the filing fee or submit an IFP application and to resubmit the complaint on an approved form.  Mover has failed to take the required action in accordance with the memorandum order.  Accordingly,

**IT IS ORDERED** that the complaint submitted by the plaintiff on January 23, 2017, be, and hereby is, stricken from the record.

THUS DONE in Chambers on this ___8th___ day of ___March___, 2017.

_____
Joseph H. L. Perez-Montes
United States Magistrate Judge